UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE D. NEWMAN, #V-29771 ) | Case No. CV 09-4160-JVS(RC) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER ADOPTING SECOND REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| COUNTY OF VENTURA, VENTURA ) | MAGISTRATE JUDGE |
| COUNTY SHERIFF'S DEPARTMENT, ) | |
| CALIFORNIA FORENSIC MEDICAL ) | |
| GROUP INC., DANNY CALDERON, ) | |
| VENTURA COUNTY JAIL AND DOES ) | |
| 1-3, ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint and other papers along with the attached Second Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that:

(1) The Second Report and Recommendation IS APPROVED AND ADOPTED;

(2) defendants' motions to dismiss with prejudice Claims Five,

Six, Seven, Eight, Eleven, Thirteen, Fifteen and Sixteen ARE GRANTED, and all claims against defendants Doe nos. 1 and 2 are dismissed with prejudice;

(3) County defendants' motion to dismiss Claims One and Fourteen IS DENIED, and County of Ventura and its Sheriff's Department shall file an answer addressing these claims within 14 days of the date this Order is signed;

(4) defendant California Forensic Medical Group, Inc.'s motion to dismiss Claim Ten IS DENIED, and defendant California Forensic Medical Group, Inc. shall file an answer addressing this claim within 14 days of the date this Order is signed; and

(5) defendant Danny Calderon's motion to dismiss Claim Two IS DENIED, and defendant Danny Calderon shall file an answer addressing this claim within 14 days of the date this Order is signed.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Second Report and Recommendation by the United States mail on plaintiff.

DATED:   October 12, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&R\09-4160.ado4
9/8/10