| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRONE D. NEWMAN, | No. CV 09-4160-JVS (PLA) |
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| v. | |
| VENTURA COUNTY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the final report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Plaintiff's Motion for Summary Judgment against the County Defendants is denied.
3. The County Defendants' Motion for Summary Judgment is denied.
4. Plaintiff's Motion for Summary Judgment against CFMG is denied.

/

/

5. CFMG's Motion for Summary Judgment on Claim 10 is granted.

6. CFMG is dimissed from this action.

7. The clerk shall serve this order on all counsel or parties of record.

DATED: April 25, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE